BEFORE THE SECOND DIVISION, AUGUST 30, 1950

**No. 54637.**—Doughnut Corporation of America *v.* United States, petition 6645–R (Duluth).

Opinion by LAWRENCE, J.   When the case was called for hearing petitioner's customhouse broker, who had made entry of the merchandise involved, testified that in making entry he believed the values shown were the correct values.   Upon the entire record the court held that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise.   The petition was therefore granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 7, 1950

**No. 54638.**—Arnhold Export & Import Corp. et al. *v.* United States, protests 125556–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54639.**—Kornreich & Co. et al. *v.* United States, protests 126217–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 436), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54640.**—L. Heller & Son, Inc., et al. *v.* United States, protests 129136–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54641.**—J. & H. Baer Co., Inc., et al. *v.* United States, protests 130221–K, etc. (New York).